UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 26-922-MWF(RAOx)**                    **Date:  February 17, 2026**

Title:    ***Pat Suarez v. Cristina Pedraza Rodriguez, et al.***

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| | |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE

On January 29, 2026, Plaintiff Pat Suarez commenced this action against Defendants Cristina Pedraza Rodriguez, doing business as Los Pinos Market, and Adela G. Farfan, as Trustee of the Farfan Marital Trust.  (Complaint (Docket No. 1)).

On February 6, 2026, the Court filed a Notice to Parties: ADA Disability Access Litigation.  (ADA Notice (Docket No. 9)).  Pursuant to the ADA Notice, Plaintiff was directed to serve the three documents (the ADA Packet) on Defendants at the same time the summons and complaint were served, if possible.  (*Id.* at ¶ 2).

On February 12, 2026, Plaintiff filed two Proofs of Service reflecting personal service of the Summons, Complaint, and other case initiating documents on Defendants Cristina Pedraza Rodriguez d/b/a Los Pinos Market ("Defendant Rodriguez"), and Adela G. Farfan, as Trustee of the Farfan Marital Trust ("Defendant Farfan").  (Docket Nos. 12, 13).  The Proofs of Service reflect that Defendants Rodriguez and Farfan were served on February 9, 2026, three days after the Court filed the ADA Notice.  The Proofs of Service do not include service of the ADA Packet as required by the ADA Notice.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's orders.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 27, 2026:**

■ BY PLAINTIFF: Proofs of Service of the ADA Packet on all Defendants.

---

**CIVIL MINUTES—GENERAL**                                                    1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  **CV 26-922-MWF(RAOx)**                    **Date:  February 17, 2026**

Title:        *Pat Suarez v. Cristina Pedraza Rodriguez, et al.*

Plaintiff should not pursue or file applications for the Clerk to enter default absent proper proofs of service of the ADA Packet.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **February 27, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.