UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26–cv–00922–MWF–RAO          Date        March 18, 2026

Title        PAT SUAREZ V. CRISTINA PEDRAZA RODRIGUEZ, ET AL.

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                                Not Reported;
Courtroom Deputy                                    Court Reporter

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT
JUDGMENT**

In light of the Default By Clerk entered on 3/17/2026, the Court sets a hearing for Order To Show Cause Re Default Judgment for April 20, 2026 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk:  rs